UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EAST FARM COMMERICAL FISHERIES CENTER,<br>Uri, East Farm Campus Buildings 61B<br>Kingston, RI 02881,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TERRENCE GRAY, *in his official capacity as Director*,<br>Rhode Island Department of Environmental Management<br>235 Promenade Street,<br>Providence, RI 02908,<br><br>DAVID E. CHOPY, *in his official capacity as Administrator,*<br>Rhode Island Department of Environmental Management, Office of Compliance and Inspection<br>235 Promenade Street<br>Providence, RI 02908,<br><br>　　　　　　Defendants. | Case No. 1:23-cv-00525-WES-PAS |

**NOTICE OF VOLUNTARY DISMISSAL**

　　　　Plaintiff East Farm Commercial Fisheries Center hereby notifies the Court pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure that Plaintiff's Complaint for Declaratory Judgment and Injunctive Relief [Dkt. # 1] in the above-captioned matter may be and hereby is voluntarily dismissed without prejudice, with each party to bear its own costs and fees.

|  |  |
|---|---|
|  | ECKLAND & BLANDO LLP |
| Dated: January 3, 2024 | /S/SAMUEL P. BLATCHLEY<br>Samuel P. Blatchley, Esq. (RI Bar No. 8284)<br>22 Boston Wharf Road, 7th Floor<br>Boston, MA 02210<br>(612)-236-0170<br>sblatchley@ecklandblando.com<br><br>Robert T. Dube Jr., Esq. (*pro hac vice*)<br>10 South Fifth St., Suite 800<br>Minneapolis, MN 55402<br>(612) 236-0160<br>rdube@ecklandblando.com<br><br>*Counsel for Plaintiff* |

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 3, 2024, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                /S/ SAMUEL P. BLATCHLEY
                                                Samuel Blatchley, Esq. (RI Bar No. 8284)